**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 01-1733**

————————————

In Re: THOMAS W. HILL,

                                        Petitioner.

————————————

On Petition for Writ of Mandamus.  (CA-01-64-1-T)

————————————

Submitted:  July 12, 2001            Decided:  July 26, 2001

————————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

————————————

Petition denied by unpublished per curiam opinion.

————————————

Thomas W. Hill, Petitioner Pro Se.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas W. Hill filed this mandamus petition seeking to compel the district court to exercise its jurisdiction over his recently dismissed complaint.  Where there is another available remedy, mandamus relief is not available.  In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Mandamus relief is not a substitute for appeal.  In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).  Because we conclude Hill has other adequate remedies, we deny Hill's petition for mandamus relief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2